IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIKA QUINONES,** <br> Plaintiff, | § § § | |
| v. | § § | EP-22-CV-21-DB |
| **DAVID CAMACHO and JOHN R ARMENDARIZ,** <br> Defendants. | § § § § | |

### FINAL JUDGMENT

On this day, the Court issued an order dismissing with prejudice all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

**SIGNED** this **31st** day of **August 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE